UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────────────────

SAVVIER, LP, a California Limited Partnership,

        Plaintiff,

v.                                                                                    Civil No.: 04-CV-1007

WONDERFULBUYS.COM, an entity unknown,
conducting business in Batavia, New York;
YOUCANSAVE.COM, INC.,
a Corporation dba YOUCANSAVE.COM,
conducting business in Batavia, New York;
LEENA, INC., a Corporation; GOOD WORLD
CORPORATION, a Virginia Corporation; and
VEDANT RAJPUT, an individual,

        Defendants.

───────────────────────────────────────────

## **NOTICE OF DISMISSAL AS TO YOUCANSAVE.COM, INC.**

      Plaintiff Savvier, LP, pursuant to FRCP 41(a)(1), hereby dismisses the action without prejudice as against defendant Youcansave.com, Inc. This defendant has not served an Answer and no summary judgment motion has been filed.

Dated: March 10, 2005

                                     **SAVVIER, LP**
                                     By its attorneys,

                                     <u>s/ Paul I. Perlman</u>
                                     Paul I. Perlman, Esq.
                                     Hodgson Russ LLP
                                     One M&T Plaza
                                     Suite 2000
                                     Buffalo, New York 14203-2391
                                     716-856-4000
                                     pperlman@hodgsonruss.com

                                     Joseph P. Costa, Esq.
                                     Costa, Abrams & Coate, LLP
                                     1221 Second Street, 3rd Floor
                                     Santa Monica, CA 90401
                                     301-576-6161
                                     *joseph.costa@costalaw.com*